**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**JOHNNY WADE JACKSON, JR.,**

    Plaintiff,

                            **CASE NO.    3:11-cv-205**

**-vs-**

                            **Judge Timothy S. Black**

**NAPHCARE, INC.,**

    Defendant.

**JUDGMENT IN A CIVIL CASE**

    **[ ]** **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]** **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Defendant's Motion to Dismiss (Doc. 4) is **GRANTED**; and this case is **TERMINATED** from the Court's docket**.**

Date:  August 24, 2011                      **JAMES BONINI, CLERK**

                                                  By: <u>s/ M. Rogers</u>
                                                  Deputy Clerk